

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2019

No. 04-19-00273-CV

John M. **DONOHUE**,
Appellant

v.

**BANDERA COUNTY LAW ENFORCEMENT PERSONNEL**: Daniel R. Butts, J.J.
Martinez, Gerald Johnson, Rod Chalmers, D.J. Nowlin, Ernest Ferniz, Luis Moreno, Kim
Manglberger, Chris Ahumada, Shane Merritt, Jose Hernandez, Matt Hernandez, Birdie Tyler;
Boerne Police Department Personnel: Pablo Morales; San Antonio Police Department Personnel:
Perla Dominguez and Kevin Nakata; Denice Martinez and Martha L. Donohue,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000271
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

In our May 14, 2019 order, we advised the pro se appellant that because he has been declared a vexatious litigant and did not have permission from the local administrative judge to appeal, his appeal would proceed only as to the order declaring him a vexatious litigant. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.101, 11.103(d). On May 20, 2019, appellant filed a motion for extension of time, asking for an additional twenty days in which to obtain permission to appeal other orders or judgments rendered by the trial court in trial court cause number CV-15-0000271.

We **GRANT** appellant's motion and **ORDER** him to file in this court **on or before June 11, 2019**, written proof the local administrative judge granted him permission to appeal other orders or judgments arising from trial court cause number CV-15-0000271 and identify the orders or judgments he has permission to appeal. If appellant obtains permission, we **ORDER** the district clerk to file a supplemental clerk's record in this court containing the document granting such permission within ten days of the date the document is signed by the local administrative judge. **If appellant fails to act in compliance with this court's order, the appeal will proceed only on the vexatious litigant order as stated in this court's May 14, 2019 order.**

We **order** the clerk of this court to serve a copy of this order on the trial court, the district clerk, appellant, and all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2019.

_____
Keith E. Hottle,
Clerk of Court